
UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 DEC -4 A 9: 58
US DISTRICT COURT
HARTFORD CT

KAREN HARTER,
    Plaintiff

  - v -                                        Civil No 3:03CV623(CFD)

US INVESTIGATIONS
SERVICES, INC.,
    Defendant

ORDER

A settlement conference shall be held before the undersigned on **February 10 , 2004, at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith**, not to exceed four pages, briefly setting forth their settlement positions, no later than February 6, 2004. **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** <u>See</u> <u>Nick v. Morgan's Foods, Inc</u>., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

IT IS SO ORDERED.

Dated at Hartford, Connecticut this 4th day of December, 2003.

                                            Thomas P. Smith
                                            **United States Magistrate Judge**