FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 JUN 23 P 1:36

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| KAREN HARTER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:03CV623 (CFD) |
| v. | ) | |
| | ) | |
| US INVESTIGATIONS SERVICES, INC., | ) | JUNE 23, 2003 |
| | ) | |
| Defendant. | ) | |

**MOTION TO STRIKE THE COMPLAINT OR
PORTIONS THEREOF WITHOUT PREJUDICE**

Pursuant to Rules 8(a), 8(e) and 12(f) of the Federal Rules of Civil Procedure, the Defendant US Investigations Services, Inc. hereby requests that the Court strike the Complaint or portions thereof without prejudice. Defendant's counsel has indicated to Plaintiff's counsel that he would accept service by mail of a redrafted Complaint in lieu of service upon Defendant. In support of this Motion, Defendant states the following:

1. Rule 8(a) states that the Complaint shall contain "a short and plain statement of the claim. . . .". Rule 8(e) states that "each averment of a pleading shall be simple, concise and direct." Rule 12(f) provides that upon Motion, the

GRANTED. absent objection
It is so ordered
Christopher F. Droney, U.S.D.J.
Hartford, CT

FILED
2004 JAN 27 A 41
U.S. DISTRICT COURT
HARTFORD, CT.