UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 FEB -6  P 4: 53

| | |
|---|---|
| **KAREN HARTER,** : | |
| Plaintiff : | DISTRICT COURT |
| : | HARTFORD CT |
| : | Civ. Action No. 3:03CV623(CFD) |
| v. : | FEBRUARY 6, 2004 |
| : | |
| US INVESTIGATIONS : | |
| SERVICES, INC., : | |
| Defendant : | |

### PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANTS' MOTION TO STRIKE COMPLAINT

Plaintiff Karen Harter hereby respectfully requests a reconsideration of the Court's January 27, 2004 Order [Doc#15] granting the Defendant's Motion to Strike Complaint or Portions Thereof Without Prejudice, pursuant to Local Civil Rule 9(e). Plaintiff asserts that good cause exists for granting the instant motion. A review of the Court's one page Order, dated January 27, 2004, states "Granted. Absent objection." On September 5, 2003, Plaintiff filed a Memorandum in Opposition to Defendant's Motion to Strike. [Doc.#12] Plaintiff did so object to the Defendant's motion and hereby respectfully requests that the Court reconsider her memorandum of law in opposition.

ORAL ARGUMENT NOT REQUESTED

TESTIMONY NOT REQUIRED

Dated: Southport, CT
February 6, 2004

PLAINTIFF,
KAREN HARTER

By: /s/ Mark P. Carey
Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via first class mail, postage prepaid, this the 6th day of February, 2004 to:

Richard Voigt
McCarter & English
City Place I
185 Asylum Street
Hartford, CT 06103

/s/ Mark P. Carey
Mark P. Carey

2