UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -6 P 4: 53

| | |
|---|---|
| KAREN HARTER,<br>        Plaintiff | : |
| | :   Civ. Action No. 3:03CV623(CFD) |
| v. | :   FEBRUARY 6, 2004 |
| | : |
| US INVESTIGATIONS<br>SERVICES, INC.,<br>        Defendant | : |

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF HER MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANTS' MOTION TO STRIKE COMPLAINT

Plaintiff Karen Harter files the instant memorandum in support of her motion for reconsideration of the Court's Order dated January 27, 2004 granting the Defendant's Motion to Strike Complaint Without Prejudice.

**I.  PRELIMINARY STATEMENT**

On June 23, 2003, the Defendant filed its Motion to Strike the Complaint and Portions Thereof Without Prejudice. [Doc.#6]. On August 18, 2003, Plaintiff filed her Memorandum in Opposition to Defendant's motion. On January 27, 2004, the Court granted the Defendant's motion "absent objection." Plaintiff files the instant motion for reconsideration because she did in fact "object" to the Defendant's motion.

**II.  ARGUMENT**

Plaintiff respectfully requests that the Court reconsider its January 27, 2004 Order because she filed an objection to Defendant's motion.

"The standard for granting a motion for reconsideration is strict. Reconsideration 'will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked-matters, in other words, that might reasonably be expected to alter the conclusion reached by the court.' Shrader v. CSX Transp., 70 F.3d 255, 257 (2d Cir.1995)." ACEquip Ltd. v. Am. Eng'g Corp., 218 F.R.D. 364, 365 (D.Conn.Nov.5, 2003).

On August 18, 2003, Plaintiff filed her Memorandum in Opposition to the Defendant's Motion to Strike the Complaint. Plaintiff directs the Court her motion and respectfully requests reconsideration of her argument ("objection") in opposition to Defendant's motion. The January 27, 2004 Order by the Court obviously overlooked her memorandum in opposition, otherwise the Court would not have granted the order absent objection.

Plaintiff incorporates herein her previous memorandum of law in opposition to Defendant's motion and respectfully requests that the Court deny to the Defendant's Motion to Strike and further order the Defendant to file an Answer to the original complaint.

### III.   CONCULSION

Plaintiff respectfully requests that the Court grant the instant motion for reconsideration and deny the Defendant's Motion to Strike and order the Defendant to file an Answer to the original complaint.

Dated: Southport, CT
February 6, 2004

PLAINTIFF,
KAREN HARTER

By: _____
Mark P. Carey (ct14828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via first class mail, postage prepaid, this the 6th day of February, 2004 to:

Richard Voigt
McCarter & English
City Place I
185 Asylum Street
Hartford, CT 06103

_____
Mark P. Carey