UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**Settlement Conference Calendar**

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

February 10, 2004

10:00 a.m.

CASE NO. <u>**3-03-623**</u> (CFD) <u>**Karen Harter v. US Investigations Services, Inc.**</u>
**SETTLEMENT CONFERENCE**

Mark Paul Carey
Carey & Associates
71 Old Post Rd.
Suite One
Southport, CT 06490


Richard Voigt
McCarter & English
Cityplace I
185 Asylum St.
36th Fl.
Hartford, CT 06103-3495


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf. held w/ TPS - next session 3/23/04 - 10:00*

*Time: 4'*