UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) |
| v. | ) 3:03CV623 (CFD) |
| | ) |
| U S INVESTIGATIONS SERVICES, INC., | ) |
| | ) |
| Defendant. | ) FEBRUARY 12, 2004 |

## APPEARANCE

Please enter my appearance as counsel for the Defendant, U S Investigations Services, Inc., in the above-entitled action.

Dated at Hartford, Connecticut this 12th day of February, 2004.

                                           THE DEFENDANT,
                                           U S INVESTIGATIONS SERVICES, INC.,
                                           BY MCCARTER & ENGLISH, LLP
                                           ITS ATTORNEYS

By_____
  Robert J. Gallo (CT 19982)
  CityPlace I, 185 Asylum Street
  Hartford, Connecticut 06103
  (860) 275-6722
  rgallo@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was served via first class mail, postage prepaid, this __12th__ day of February, 2004 to:

> Attorney Mark P. Carey
> Carey & Associates, P.C.
> 71 Old Post Road, Suite One
> Southport, CT  06490

_____
Robert J. Gallo

HARTFORD: 608639.01