UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:03CV623 (CFD) |
| v. | ) |
| | ) |
| US INVESTIGATIONS | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) February 12, 2004 |

**DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR RECONSIDERATION**

Defendant US Investigations Services, Inc. ("Defendant") hereby submits this response in opposition to Plaintiff's Motion for Reconsideration dated February 6, 2004. Plaintiff's Motion for Reconsideration of the Court's January 27, 2004 decision granting Defendant's Motion to Strike should be denied. Even after the Court considers Plaintiff's Memorandum in Opposition to Defendant's Motion to Strike, the Court's decision must stand because of the defects contained in Plaintiff's Complaint.

**I.   BACKGROUND**

On June 23, 2003, Defendant filed a Motion to Strike the Complaint or Portions Thereof Without Prejudice. The basis for this Motion was that Plaintiff's Complaint failed to comply with the requirements of Rules 8(a), 8(e) and 12(f) of the Federal Rules of Civil Procedure. In particular, Plaintiff's Complaint, which was 30 pages in length and contained 104 paragraphs, included numerous immaterial and/or impertinent allegations which Defendant

sought to have stricken. In the Motion, Defendant's attorney also offered to accept service of a redrafted complaint so that it would not be necessary for Plaintiff to retain a Marshall to serve the new Complaint. For reasons which are not apparent, Plaintiff's counsel rejected this offer and instead filed a detailed Memorandum in Opposition dated August 18, 2003. On January 27, 2004, the Court granted Defendant's Motion to Strike. The Court stamped its decision on Defendant's Motion to Strike indicating that the Motion was "GRANTED. absent objection".

II.   **ARGUMENT**

Plaintiff now moves for reconsideration of the Court's January 27, 2004 decision contending that the Court failed to consider her Memorandum in Opposition and that a consideration of her Memorandum "might reasonably be expected to alter the conclusion reached by the court". Defendant acknowledges that Plaintiff submitted a Memorandum in Opposition. However, Defendant is not aware whether the Court considered Plaintiff's Memorandum before granting its Motion to Strike. Whether or not the Court considered Plaintiff's Memorandum, Defendant denies that any of the arguments contained in Plaintiff's Memorandum are sufficient to overcome the defects in Plaintiff's Complaint. These defects are detailed in Defendant's Motion to Strike dated June 23, 2003 which is hereby incorporated into this response. Based on these previously submitted arguments, it is clear that Plaintiff's Complaint cannot withstand a Motion to Strike. Accordingly, Defendant respectfully requests that Plaintiff's Motion for Reconsideration be denied and that Plaintiff be ordered to refile the Complaint in compliance

with the Court's January 27, 2004 decision.

                            THE DEFENDANT,
                            US INVESTIGATIONS SERVICES, INC.,
                            BY MCCARTER & ENGLISH, LLP
                            ITS ATTORNEY


By_____
   Richard Voigt (CT 05320)
   Robert J. Gallo (CT 19982)
   McCarter & English, LLP
   CityPlace I, 185 Asylum Street
   Hartford, Connecticut 06103
   (860) 275-6700

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION has been sent via first class U. S. Mail, postage prepaid, this __th day of February, 2004 to:

> Attorney Mark P. Carey
> Carey & Associates, P.C.
> 71 Old Post Road, Suite One
> Southport, CT 06490

_____
Robert J. Gallo

HARTFORD: 608560.01