UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 13  P 2: 06

U.S. DISTRICT COURT
HARTFORD

| | |
|---|---|
| **KAREN HARTER,** | : |
| Plaintiff | : |
| | : Civ. Action No.: 3:03CV623(CFD) |
| v. | : FEBRUARY 12, 2004 |
| | : |
| **US INVESTIGATIONS SERVICES, INC.,** | : |
| Defendant | : |

## PLAINTIFFS' MOTION TO EXTEND DISCOVERY AND DEADLINE FOR FILING DISPOSITIVE MOTIONS

Plaintiff Karen Harter hereby respectfully requests an extension of time to complete discovery and file dispositive motions in this case, pursuant to Local Civil Rule 9(b). Plaintiff requests an additional ninety (90) days from the date the original deadline for completion of discovery, as per the Scheduling Order [Endorsement Order dated July 1, 2003] The original deadline for completion of discovery is February 28, 2004. The new deadline would be May 28, 2004.

Plaintiff also seeks permission to extend the deadline for filing dispositive motions for ninety (90) days beyond April 30, 2004. The original deadline for filing dispositive motions is April 30, 2004. The new deadline would be July 29, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Plaintiff asserts that good cause exists for granting the instant motion: 1) the parties are currently engaged in settlement discussions before Magistrate Thomas Smith, and are scheduled to reappear on March 24, 2004 for a second session; 2) the parties have not engaged in any discovery and would like to exchange such discovery during the proposed extended period of time to complete discovery; 3) the Court recently granted Defendant's June 23, 2003 Motion to Strike on January 27, 2004 [Doc.# 15]; and 4) both parties are attempting to expedite the completion of discovery and file dispositive motions in good faith.

The undersigned has contacted counsel for the Defendant on February 12, 2004, who consented to the instant motion on this date.

This is Plaintiff's first request for an extension of time to extend the discovery and dispositive motion deadlines.

Dated: Southport, CT
February 12, 2004

PLAINTIFF,
KAREN HARTER

By: _____
Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY, that the foregoing was delivered via UPS Second Day Service, postage prepaid, this the 12th day of February, 2004 to:

Richard Voigt
McCarter & English LLP
City Place I
185 Asylum Street
Hartford, CT 06103

                                              _____
                                              Mark P. Carey