UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 FEB 13 P 2:06
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| KAREN HARTER,<br>    Plaintiff | : <br> : Civ. Action No. 3:03CV623(CFD) |
| v. | : FEBRUARY 12, 2004 |
| US INVESTIGATIONS<br>SERVICES, INC.,<br>    Defendant | : <br> : |

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT  2/18/04

## PLAINTIFFS' MOTION TO EXTEND DISCOVERY AND DEADLINE FOR FILING DISPOSITIVE MOTIONS

Plaintiff Karen Harter hereby respectfully requests an extension of time to complete discovery and file dispositive motions in this case, pursuant to Local Civil Rule 9(b). Plaintiff requests an additional ninety (90) days from the date the original deadline for completion of discovery, as per the Scheduling Order [Endorsement Order dated July 1, 2003] The original deadline for completion of discovery is February 28, 2004. The new deadline would be May 28, 2004.

Plaintiff also seeks permission to extend the deadline for filing dispositive motions for ninety (90) days beyond April 30, 2004. The original deadline for filing dispositive motions is April 30, 2004. The new deadline would be July 29, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**