UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

March 23, 2004

10:00 a.m.

CASE NO. **3-03-623** (CFD) **Karen Harter v. U.S. Investigations Services, Inc.**

**SETTLEMENT CONFERENCE**

Mark Paul Carey
Carey & Associates
71 Old Post Rd.
Suite One
Southport, CT 06490

Richard Voigt
McCarter & English-Htfd
Cityplace I
185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Conf. held w/ TPS - Did not settle
Time: 4'15"