UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER, <br>     Plaintiff | : |
| | :    Civ. Action No. 3:03CV623(CFD) |
| v. | :    MAY 21, 2004 |
| | : |
| US INVESTIGATIONS SERVICES, INC., <br>     Defendant | : |
| | : |

### PLAINTIFFS' MOTION FOR ATTORNEYS FEES

    Plaintiff Karen Harter hereby files the instant Motion for Attorneys Fees pursuant to Local Civil Rule 9(f) as against the Defendant US Investigations Services, Inc.

    On April 22, 2004, the Defendant filed a Fed.R.Civ.P. Rule 68 Offer of Judgment. Defendant stipulated to extend the acceptance period until May 21, 2004. On May 21, 2004, Plaintiff filed an acceptance of the Fed.R.Civ.P. Rule 68 Offer of Judgment. Plaitiff now moves for attorneys fees pursuant to Fed.R.Civ.P. Rule 68 and Local Civil Rule 9(f), as the prevailing party.

    Plaintiff respectfully requests that the Court grant the instant motion for attorneys fees.

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONEY NOT REQUIRED**

| | |
|---|---|
| Dated: Southport, CT<br>May 21, 2004 | PLAINTIFF,<br>KAREN HARTER<br><br>By: _____<br>Mark P. Carey (ct17828)<br>Carey & Associates, P.C.<br>Attorneys At Law<br>71 Old Post Road, Suite One<br>Southport, CT 06490<br>(203) 255-4150 tel.<br>(203) 255-0380 fax.<br>Mcarey@capclaw.com<br><br>Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via facsimile and UPS Second Day Service, fee prepaid, this the 21th day of May, 2004 to:

Richard Voigt
McCarter & English LLP
City Place I
185 Asylum Street
Hartford, CT 06103

_____
Mark P. Carey