UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER,<br>　　　　Plaintiff | :<br>:   Civ. Action No. 3:03CV623(CFD) |
| v. | :   MAY 21, 2004 |
| US INVESTIGATIONS<br>SERVICES, INC.,<br>　　　　Defendant | :<br>:<br>: |

## PLAINTIFFS' ACCEPTANCE OF DEFENDANT'S RULE 68 AND CONN. GEN. STAT. § 52-193 OFFER OF JUDGMENT

Plaintiff Karen Harter hereby accepts the Defendants Offer of Judgment, dated April 22, 2004, pursuant to Fed.R.Civ.P. Rule 68 and Conn. Gen. Stat. § 52-193.

On May 19, 2004, counsel for the Plaintiff contacted the Defendant's counsel requesting a consent stipulation to extend the Offer of Judgment until May 21, 2004, giving Plaintiff an opportunity to accept the offer. The undersigned informed Defendant's counsel that he was unable to consider the April 22, 2004 Offer of Judgment due to his involvement in two other unrelated cases where he filed motions for summary judgment during the initial 10 day period of acceptance of the Rule 68 Offer. The original acceptance deadline was May 5, 2004.

　　　The Defendant's Rule 68 Offer of Judgment stated precisely as follows,

　　　The Defendant, US Investigation Services, Inc., pursuant to Rule 68 of the Federal Rules of Civil Procedure and Conn. Gen. Stat. § 52-193, hereby offers to settle Plaintiff's claims and to stipulate that judgment in the amount of Twenty Thousand Dollars ($20,000.00) be entered on Plaintiff's behalf.

The Defendants April 22, 2004 Offer of Judgment did not include plain language that precluded Plaintiff from recovering attorneys' fees associated with the action. Plaintiff also moves on this date for a Motion for Attorneys' Fees pursuant to Title VII, ADA, ADEA and FLSA.

Dated: Southport, CT
May 21, 2004

PLAINTIFF,
KAREN HARTER

By: /s/ Mark P. Carey
Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via facsimile and UPS Second Day Service, fee prepaid, this the 21th day of May, 2004 to:

Richard Voigt
McCarter & English LLP
City Place I
185 Asylum Street
Hartford, CT 06103

Mark P. Carey

2