# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER,<br>          Plaintiff | :<br>:   Civ. Action No. 3:03CV623(CFD)<br>v.   :   JUNE 2, 2004<br>:<br>US INVESTIGATIONS<br>SERVICES, INC.,   :<br>          Defendant<br>: |

## PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR ATTORNEYS FEES

Plaintiff Karen Harter hereby files the instant Motion requesting permission to file a Supplemental Memorandum of Law in Support of her Motion for Attorneys Fees pursuant to Local Civil Rule 9(f) as against the Defendant US Investigations Services, Inc.

Ms. Harter would like to include an Affirmation of Attorney Harold Burke in support of her motion for attorneys fees. Attorney Burke's Affirmation will be included as Exhibit No. 7 to the Memorandum of Law filed on May 21, 2004.

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONEY NOT REQUIRED**

Dated: Southport, CT  
June 2, 2004

PLAINTIFF,  
KAREN HARTER

By: /s/ Mark P. Carey  
Mark P. Carey (ct17828)  
Carey & Associates, P.C.  
Attorneys At Law  
71 Old Post Road, Suite One  
Southport, CT 06490  
(203) 255-4150 tel.  
(203) 255-0380 fax.  
Mcarey@capclaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via first class mail, postage prepaid, this the 2nd day of June, 2004 to:

Richard Voigt  
McCarter & English LLP  
City Place I  
185 Asylum Street  
Hartford, CT 06103

/s/ Mark P. Carey  
Mark P. Carey