UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -3 A 10: 00
U.S. DISTRICT COURT
HARTFORD, CT.

KAREN HARTER,
    Plaintiff    :

              :  Civ. Action No. 3:03CV623(CFD)

v.             :  JUNE 2, 2004

              :

US INVESTIGATIONS
SERVICES, INC.,       :
    Defendant

GRANTED. absent objection
It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 6/4/04

## PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF HER MOTION FOR ATTORNEYS FEES

Plaintiff Karen Harter hereby files the instant Motion requesting permission to file a Supplemental Memorandum of Law in Support of her Motion for Attorneys Fees pursuant to Local Civil Rule 9(f) as against the Defendant US Investigations Services, Inc.

Ms. Harter would like to include an Affirmation of Attorney Harold Burke in support of her motion for attorneys fees. Attorney Burke's Affirmation will be included as Exhibit No. 7 to the Memorandum of Law filed on May 21, 2004.

FILED 2004 JUN -4 A 10: 05 U.S. DISTRICT COURT HARTFORD, CT

ORAL ARGUMENT NOT REQUESTED

TESTIMONY NOT REQUIRED