UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER,<br>          Plaintiff : | |
| : | Civ. Action No. 3:03CV623(CFD) |
| v. : | JUNE 2, 2004 |
| : | |
| US INVESTIGATIONS<br>SERVICES, INC., :<br>          Defendant | |
| : | |

## PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ATTONEYS' FEES AND COSTS

Plaintiff Karen Harter (hereinafter "Ms. Harter"), files this Supplemental Memorandum of Law in Support of her Motion for Attorneys' Fees as against the Defendant US Investigation Services, Inc. (hereinafter "Defendant").

Ms. Harter is adding an Exhibit No. 7 in support of her Motion for Attorneys Fees. Attorney Harold Burke has provided an affirmation in support of Ms. Harter's reasonable hourly fee of $250.00 per hour. Exhibit No. 7 is hereby incorporated into Ms. Harter's Memorandum of Law dated May 21, 2004, at page 7.

| | |
|---|---|
| Dated: Southport, CT<br>June 2, 2004 | PLAINTIFF,<br>KAREN HARTER<br><br>By: _____<br>Mark P. Carey (ct17828)<br>Carey & Associates, P.C.<br>Attorneys At Law<br>71 Old Post Road, Suite One<br>Southport, CT 06490<br>(203) 255-4150 tel.<br>(203) 255-0380 fax.<br>Mcarey@capclaw.com<br><br>Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was delivered via first class mail, postage prepaid, this the 2nd day of June, 2004 to:

Richard Voigt
McCarter & English LLP
City Place I
185 Asylum Street
Hartford, CT 06103

_____
Mark P. Carey

# EXHIBIT NO. 7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER,<br>        Plaintiff | : |
| | :    Civ. Action No. 3:03CV623(CFD) |
| v. | :    MAY 28, 2004 |
| | : |
| US INVESTIGATIONS<br>SERVICES, INC.,<br>        Defendant | :<br>:<br>: |

### AFFIRMATION OF ATTORNEY HAROLD BURKE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTONEYS' FEES AND COSTS

Harold Burke, an attorney admitted to practice in the District of Connecticut, declares under penalty of perjury as follows:

1.    I submit this affidavit in support of the fee application submitted by plaintiff's attorney, Mark Carey. I have been apprised of the nature of this case and have knowledge regarding Attorney Carey's years of practice and level of professional experience.

2.    I am an attorney admitted to practice before the state and federal bars of Connecticut, the United States District Courts for the Districts of Connecticut and the Southern District of New York and the Second Circuit Court of Appeals. I am employed by the law firm of Casper & de Toledo LLC of Stamford, Connecticut. I specialize in civil litigation with an emphasis on employment and personal injury matters, including employment discrimination and employee whistleblower matters.

3.    I am a 1987 graduate of the Pace University School of Law and was awarded a master of business administration degree from the University of Connecticut in 1982.

Following my admission to practice in 1988, I was an associate and later a member of the firm of Holland Kaufmann & Bartels LLC of Greenwich where I specialized in civil litigation including employment matters.

4.  I am a member of the Connecticut Employment Lawyers Association, National Employment Lawyers Association, Connecticut Trial Lawyers Association and Association of Trial Lawyers of America. I have lectured before the Connecticut Employment Lawyers Association on the use of statistical evidence in employment litigation and the False Claims Act.

5.  I am familiar with the hourly rates charged by counsel in Fairfield County for employment litigation matters. My billing rate is $275 per hour. I have knowledge that attorneys with greater experience (20+ years) charge $300 per hour. In my opinion the hourly rate sought by Attorney Carey, $250 per hour, is appropriate given his experience and years of practice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Stamford, Connecticut
May 27, 2004

_____
Harold R. Burke

2