UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:03CV623 (CFD) |
| v. | ) |
| | ) |
| US INVESTIGATIONS SERVICES, INC., | ) |
| | ) |
| Defendant. | ) June 10, 2004 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
### IN WHICH TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES

Pursuant to Local Rule 7(b), the Defendant, US Investigations Services, Inc. ("USIS"), by and through its attorneys, McCarter & English, respectfully request that this Court grant it an additional fourteen (14) days to respond to Plaintiff's Motion for Attorneys Fees. In support of this motion, the undersigned counsel for Defendant represents as follows:

1. Defendant respectfully requests an extension of time of fourteen (14) days to respond to Plaintiff's Motion for Attorneys Fees. If the Court grants this motion, Defendant's response will be due on or before June 25, 2004.

2. Defendant is in the process of preparing a response to Plaintiff's Motion for Attorneys Fees, but will be unable to complete its response before June 25, 2004. Additional time is necessary due to pressing litigation demands on Defendant's counsel, including a mediation and a settlement conference out of state.

3. This is the first extension filed by Defendant for responding to Plaintiff's Motion for Attorneys Fees.

4. Defendant attempted to contact Attorney Mark P. Carey, counsel for the Plaintiff, to determine whether he consents or objects to this motion being granted, but Attorney Carey was unavailable.

          THE DEFENDANT,
          US INVESTIGATIONS SERVICES, INC.,
          BY MCCARTER & ENGLISH
          ITS ATTORNEYS

By /s/ Robert Gallo
    Richard Voigt (CT 05320)
    Robert J. Gallo (CT 19982)
    CityPlace I – 185 Asylum Street
    Hartford, Connecticut 06103
    (860) 275-6700
    rvoigt@mccarter.com
    rgallo@mccarter.com

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Motion for Extension of Time in Which to Respond to Plaintiff's Motion for Attorneys Fees has been mailed, postage prepaid, this 10th day of June, 2004 to:

Mark P. Carey, Esq.
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06490

_____
Robert J. Gallo

HARTFORD: 616856.01