UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:03CV623 (CFD) |
| v. | ) |
| | ) |
| US INVESTIGATIONS SERVICES, INC., | ) |
| | ) |
| Defendant. | ) June 24, 2004 |

### DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES

Pursuant to Local Rule 7(b), the Defendant, US Investigations Services, Inc. ("USIS"), by and through its attorneys, McCarter & English, respectfully request that this Court grant it an additional fourteen (14) days to respond to Plaintiff's Motion for Attorneys Fees. In support of this motion, the undersigned counsel for Defendant represents as follows:

1. Defendant respectfully requests an extension of time of fourteen (14) days to respond to Plaintiff's Motion for Attorneys Fees. If the Court grants this motion, Defendant's response will be due on or before July 9, 2004.

2. The parties are engaged in settlement discussions that may resolve Plaintiff's Motion for Attorneys Fees without the need for Defendant to file a response. The additional time is necessary so that the parties can devote all of their time and efforts to settlement negotiations.

3. This is the second extension filed by Defendant for responding to Plaintiff's Motion for Attorneys Fees.

4. Defendant has contacted Attorney Mark P. Carey, counsel for the Plaintiff, and he has indicated that he does not object to this motion being granted.

> THE DEFENDANT,
> US INVESTIGATIONS SERVICES, INC.,
> BY MCCARTER & ENGLISH
> ITS ATTORNEYS
>
> By *Robert Gallo*
> Richard Voigt (CT 05320)
> Robert J. Gallo (CT 19982)
> CityPlace I – 185 Asylum Street
> Hartford, Connecticut 06103
> (860) 275-6700
> rvoigt@mccarter.com
> rgallo@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Second Motion for Extension of Time in Which to Respond to Plaintiff's Motion for Attorneys Fees has been mailed, postage prepaid, this 24th day of June, 2004 to:

Mark P. Carey, Esq.
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06490

_____
Robert J. Gallo

HARTFORD: 617661.01