UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:03CV623 (CFD) |
| v. ) | |
| ) | |
| US INVESTIGATIONS SERVICES, INC., ) | |
| ) | |
| Defendant. ) | July 9, 2004 |

**DEFENDANT'S THIRD MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES**

Pursuant to Local Rule 7(b), the Defendant, US Investigations Services, Inc. ("USIS"), by and through its attorneys, McCarter & English, respectfully request that this Court grant it an additional fourteen (14) days to respond to Plaintiff's Motion for Attorneys Fees. In support of this motion, the undersigned counsel for Defendant represents as follows:

1. Defendant respectfully requests an extension of time of fourteen (14) days to respond to Plaintiff's Motion for Attorneys Fees. If the Court grants this motion, Defendant's response will be due on or before July 23, 2004.

2. The parties have reached a tentative settlement agreement that will resolve Plaintiff's Motion for Attorneys Fees without the need for Defendant to file a response. However, the additional time is necessary so that the parties can draft and finalize settlement documents. In addition, Attorney Mark Carey, counsel for Plaintiff will be on vacation during the week of July 12th and unable to review the settlement documents until he returns on July 19, 2004.

3. This is the third extension filed by Defendant for responding to Plaintiff's Motion for Attorneys Fees.

4. Defendant has contacted Attorney Carey and he has indicated that he does not object to this motion being granted.

        THE DEFENDANT,
        US INVESTIGATIONS SERVICES, INC.,
        BY MCCARTER & ENGLISH
        ITS ATTORNEYS

By _/s/ Robert Gallo_____
    Richard Voigt (CT 05320)
    Robert J. Gallo (CT 19982)
    CityPlace I – 185 Asylum Street
    Hartford, Connecticut 06103
    (860) 275-6700
    rvoigt@mccarter.com
    rgallo@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Second Motion for Extension of Time in Which to Respond to Plaintiff's Motion for Attorneys Fees has been mailed, postage prepaid, this 9th day of July, 2004 to:

Mark P. Carey, Esq.
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06490

*Robert Gallo*
_____
Robert J. Gallo

HARTFORD: 618667.01