UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HARTER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:03CV623 (CFD) |
| v. ) | |
| ) | |
| US INVESTIGATIONS SERVICES, INC., ) | |
| ) | |
| Defendant. ) | July 23, 2004 |

## DEFENDANT'S FOURTH MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES

Pursuant to Local Rule 7(b), the Defendant, US Investigations Services, Inc. ("USIS"), by and through its attorneys, McCarter & English, respectfully request that this Court grant it an additional fourteen (14) days to respond to Plaintiff's Motion for Attorneys Fees. In support of this motion, the undersigned counsel for Defendant represents as follows:

1. Defendant respectfully requests an extension of time of fourteen (14) days to respond to Plaintiff's Motion for Attorneys Fees. If the Court grants this motion, Defendant's response will be due on or before August 6, 2004.

2. The parties have reached a tentative settlement agreement that will resolve Plaintiff's Motion for Attorneys Fees without the need for Defendant to file a response. However, the parties are still in the process of negotiating and finalizing the settlement documents. The additional time is necessary so that the parties can finalize these settlement documents. In addition, Attorney Mark Carey, counsel for Plaintiff, was on vacation during the

week of July 12th and unable to review the settlement documents with his client until he returned on July 19, 2004.

   3.  This is the fourth extension filed by Defendant for responding to Plaintiff's Motion for Attorneys Fees.

   4.  Defendant has contacted Attorney Carey and he has indicated that he does not object to this motion being granted.

          THE DEFENDANT,
          US INVESTIGATIONS SERVICES, INC.,
          BY MCCARTER & ENGLISH
          ITS ATTORNEYS


By  *Robert Gallo*
         Richard Voigt (CT 05320)
         Robert J. Gallo (CT 19982)
         CityPlace I – 185 Asylum Street
         Hartford, Connecticut 06103
         (860) 275-6700
         rvoigt@mccarter.com
         rgallo@mccarter.com

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Fourth Motion for Extension of Time in Which to Respond to Plaintiff's Motion for Attorneys Fees has been mailed, postage prepaid, this 23rd day of July, 2004 to:

Mark P. Carey, Esq.
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06490

*Robert Gallo*
───────────────────────────
Robert J. Gallo

HARTFORD: 618667.01