## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KAREN HARTER,** | : |
| **Plaintiff** | |
| | :    **Civ. Action No. 3:03CV623(CFD)** |
| **v.** | :    **JULY 30, 2004** |
| | : |
| **US INVESTIGATIONS** | |
| **SERVICES, INC.,** | : |
| **Defendant** | |
| | : |

### PLAINTIFF'S MOTION TO DISMISS CASE WITH PREJUDICE

Karen Harter, plaintiff in the above captioned case hereby files this motion to

dismiss the case with prejudice. Each party shall bear their own costs and attorneys fees.

The above captioned case has been resolved in settlement.

Dated: Southport, CT
July 30, 2004

PLAINTIFF,
KAREN HARTER

By: _____
     Mark P. Carey (ct17828)
     Carey & Associates, P.C.
     Attorneys At Law
     71 Old Post Road, Suite One
     Southport, CT 06490
     (203) 255-4150 tel.
     (203) 255-0380 fax.
     Mcarey@capclaw.com

     Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY, that the foregoing was delivered via UPS Next Day Service, fee prepaid, this the 30th day of July, 2004 to:

Robert Gallo
McCarter & English
City Place I
185 Asylum Street
Hartford, CT 06103

Mark P. Carey