UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 23 P 1: 21
U.S. DISTRICT COURT

|  |  |
|---|---|
| KAREN HARTER,<br>Plaintiff | : <br> : Civ. Action No. 3:03CV623(CFD) |
| v. | : JULY 30, 2004 |
| US INVESTIGATIONS<br>SERVICES, INC.,<br>Defendant | : <br> : <br> : |

**GRANTED.** It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 9/24/04

### PLAINTIFF'S MOTION TO DISMISS CASE WITH PREJUDICE

Karen Harter, plaintiff in the above captioned case hereby files this motion to dismiss the case with prejudice. Each party shall bear their own costs and attorneys fees. The above captioned case has been resolved in settlement.

Dated: Southport, CT
July 30, 2004

PLAINTIFF,
KAREN HARTER

By: _____
Mark P. Carey (ct17828)
Carey & Associates, P.C.
Attorneys At Law
71 Old Post Road, Suite One
Southport, CT 06490
(203) 255-4150 tel.
(203) 255-0380 fax.
Mcarey@capclaw.com

Attorney for Plaintiff

FILED 2004 SEP 27 P 12:04 U.S. DISTRICT COURT HARTFORD, CT